## Commonwealth *v.* Thomas, Appellant.

Before STRANAHAN, P. J.

Argued November 20, 1975. *N. Kladitis,* Assistant Public Defender, with him *Henry J. Russo,* Assistant Public Defender, and *Michael J. Wherry,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Tobasco, Appellant.

Before HARPER, J., without a jury.

Argued November 18, 1975. *Robert T. Kane,* for appellant; *Charles W. Johns* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., absent.